JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7071
   Facsimile:   (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-717 MMC |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND RELATED DATES, AND SETTING DATE FOR CHANGE OF PLEA |
| ) | |
| v. ) | |
| ) | |
| ) | Current Trial Date:   June 15, 2009 |
| JOSE GUSTAVO ADOLFO AMADOR, ) | Current Time:   9:00 a..m. |
| ) | |
| ) | Proposed Change of Plea Date:   May 20, 2009 |
|    Defendant. ) | Proposed Time:   2:30 p.m. |
| _____ ) | |

      On April 27, 2009, the Court issued its Order for Criminal Pretrial Preparation ("Pretrial Order").  The Pretrial Order set a trial date and related dates for disclosing evidence and filing pretrial motions.   After the Court set the evidentiary hearing, the defendant decided to plead guilty without a plea agreement.

      The parties now jointly request that the Court vacate the scheduled trial and all related dates set forth in the Pretrial Order.  The parties also request that the Court set this case for a

STIP. & PROP. ORDER VACATE TRIAL & SET CHANGE OF PLEA
CR 08-717 MMC                                                                                                                                 1

change of plea on Wednesday, May 20, 2009 at 2:30 p.m., or the next date convenient for the Court and the parties.

SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED:     May 5, 2009          /s/
          TAREK J. HELOU
          Assistant United States Attorney

DATED:     May 5, 2009          /s/
          MARTHA BOERSCH
          Attorney for Defendant JOSE G. A. AMADOR

    For the reasons identified above, the Court hereby vacates the trial date and all other dates identified in its April 27, 2009 Pretrial Order. The Court also orders the matter set for a change of plea on May 20, 2009 at 2:30 p.m.

SO ORDERED.

DATED: May 7, 2009
          THE HONORABLE MAXINE M. CHESNEY
          United States District Judge