1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-717 MMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | VACATING ~~TRIAL DATE AND RELATED~~ HEARING |
| | ) | DATES, AND SETTING DATE FOR CHANGE |
| v. | ) | OF PLEA |
| | ) | |
| | ) | Current Hearing Date:   July 1, 2009 |
| JOSE GUSTAVO ADOLFO AMADOR, | ) | Current Time:           2:30 p.m. |
| | ) | |
| | ) | Proposed Change of Plea Date:  June 17, 2009 |
| Defendant. | ) | Proposed Time:                  2:30 p.m. |
| | ) | |

On May 20, 2009, the Court set a briefing schedule for the defendant's Motion Regarding A Guilty Plea To Drug Quantity ("Motion") and excluded time from May 20, 2009 through July 1, 2009 under the Speedy Trial Act for effective preparation of counsel. After the Court set the briefing schedule for the Motion, the defendant decided to withdraw his motion, plead guilty without a plea agreement, and admit to selling the amount of drugs alleged in the indictment.

The parties now jointly request that the Court vacate the hearing on the defendant's Motion and related briefing schedule, and set the case for a change of plea on June 17, 2009 at

2:30 p.m.  The parties also request that time be excluded under the Speedy Trial Act from June 3, 2009 through June 17, 2009 based on continuity of counsel because government counsel is unavailable on the Court's next regularly scheduled criminal calendar.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 3, 2009              /s/
TAREK J. HELOU
Assistant United States Attorney

DATED: June 3, 2009              /s/
MARTHA BOERSCH
Attorney for Defendant JOSE G. A. AMADOR

For the reasons identified above, the Court hereby vacates the hearing on the defendant's Motion and related briefing schedule, and orders this case set for a change of plea on June 17, 2009 at 2:30 p.m.  The Court also finds that failing to exclude time from June 3, 2009 through June 17, 2009 under the Speedy Trial Act would unreasonably deny the government continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding time from June 3, 2009 through June 17, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that time from June 3, 2009 through June 17, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: June 4, 2009              _____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

STIP. & PROP. ORDER VACATE MOT. & SET CHANGE OF PLEA
CR 08-717 MMC                                                                                    2