1  Martha Boersch (Cal. Bar No. 126569)
   mboersch@jonesday.com
2  Lara Kollios (Cal. Bar No. 235395)
   lkollios@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104-1500
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Attorneys for Defendant
   JOSE GUSTAVO ADOLFO AMADOR
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. CR 08-717 MMC |
12 | Plaintiff, | ~~[PROPOSED]~~ **ORDER AND STIPULATION EXTENDING SENTENCING HEARING TO OCTOBER ~~7, 2009~~ 14, 2009** |
13 | v. | |
14 | JOSE GUSTAVO ADOLFO AMADOR, | Date: October 7, 2009 |
15 | Defendant. | Time: 2:30 p.m.
                              Judge: Honorable Maxine M. Chesney
16 |                         | Courtroom: 7, 19th Floor |

17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, Defendant Jose Gustavo Adolfo Amador's sentencing hearing is currently
2  scheduled for September 9, 2009 at 2:30 pm;
3  WHEREAS, Defendant requested and the Government agreed to move the sentencing
4  hearing to October 7, 2009 at 2:30;
5  THE PARTIES HEREBY STIPULATE THAT:
6  The sentencing hearing is moved to October 14, 2009 at 2:30 pm.  The final presentence
7  report, sentencing memorandum and any reply will be filed by the dates required by Local Rule
8  32-5.

9  DATED:  August 17, 2009                   JONES DAY

10                                           By:    /s/ Lara Kollios
11                                                  Lara Kollios
                                                    Attorneys for Defendant
12

13  DATED:  August 17, 2009                   JOSEPH P. RUSSONIELLO
                                              United States Attorney
14

15                                           By:    /s/ Tarek J. Helou
                                                    Tarek J. Helou
16                                                  Assistant United States Attorney

17

18       IT IS SO ORDERED.

19  Dated: August 21, 2009                    By: _____
                                                   The Honorable Maxine M. Chesney
20                                                 United States District Court Judge

[PROPOSED] ORDER AND STIPULATION
CR 08-717 MMC
1