1  Martha Boersch (Cal. Bar No. 126569)
   Lara Kollios (Cal. Bar. No. 235395)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104-1500
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700
   Email:         mboersch@jonesday.com
5                 lkollios@jonesday.com

6  Attorneys for Defendant
   JOSE GUSTAVO ADOLFO AMADOR
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA, | **Case No.** CR 08-0717 MMC |
   |---|---|
12 | Plaintiff, | **ERRATA MOTION AND [PROPOSED] ORDER TO REMOVE EXHIBIT 3 FROM M. BOERSCH'S DECLARATION IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM E-FILED OCTOBER 7, 2009** |
13 | v. | |
14 | JOSE GUSTAVO ADOLFO AMADOR, | |
15 | Defendant. | |
16

17       On October 7, 2009 this counsel e-filed Declaration in support of Defendant Jose Gustavo

18 Adolfo Amador's Sentencing Memorandum.  Exhibit 3 to the Declaration contains Pre-Sentence

19 Report which should not be in the public record and has been e-filed inadvertently.

20       Based on the foregoing, this Exhibit should be removed from the record.

21

22 Dated: October 13, 2009                Respectfully submitted,

23                                        Jones Day

24

25                                        By:_____/S/_____
                                                Martha A. Boersch
26
                                          Counsel for Defendant
27                                        JOSE GUSTAVO ADOLFO AMADOR

28

1    IT IS SO ORDERED, , and the Clerk shall remove Exhibit 3 from the docket.

2    DATED:  October  14 , 2009

> _____
> MAXINE M. CHESNEY
> United States District Judge