BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE AMADOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00717 MMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MATTER |
| v. | |
| JOSE AMADOR, | |
| Defendant. | |

Defendant Jose Gustavo Amador, by his counsel Martha Boersch, and the United States Attorney, by its counsel Assistant U.S. Attorney Lloyd A. Farnham, hereby stipulate and agree that the matter be continued for 60 days, to September 2, 2015, for further proceedings on the Form 12. Counsel for the defendant has conferred with United States Probation Officer Octavio Magana, and he has no objection to this stipulation.

The grounds for this stipulation are as follows:

1. On June 29, 2015, Officer Magana filed a Form 12 alleging that the defendant had violated the terms of his supervised release by consuming alcohol and incurring an arrest for driving under

1    the influence of alcohol, and for failing to promptly notify Officer Magana that he had moved

2    out of the residence he shared with his girlfriend after a fight.

3    2.   Mr. Amador appeared before the duty Magistrate on July 7 and July 9 and the matter was

4    scheduled before this Court on Wednesday, July 15.

5    3.   The parties are in agreement that the defendant shall continue under the supervision of Office

6    Magana for a period of 60 days to ensure that Mr. Amador has a stable residence, and to allow

7    Mr. Amador to complete the substance abuse treatment and 80 hours of community service that

8    he is required to complete as a result of his arrest.

9    Dated:  July 13, 2015                                    BOERSCH SHAPIRO LLP

10                                                             _/s/Martha Boersch_____

11                                                            Martha Boersch
                                                             Attorney for Jose Amador
12

13

14

15                                                            _/s/Lloyd A. Farnham_____

16                                                            Lloyd Farnham
                                                             Assistant U.S. Attorney
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
                                      ORDER TO CONTINUE MATTER
                                      Case No.: CR 08-00717 MMC

1

**[PROPOSED ORDER]**

2     Based on the stipulation between the parties in this case, IT IS ORDERED that the matter be

3 continued ~~for 60 days,~~ until September 2, 2015, for further proceedings on the Form 12.

4

5 IT IS SO ORDERED:

6 Dated:  July 14, 2015

7                                                    HONORABLE MAXINE M. CHESNEY
      Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3          STIPULATION AND **[PROPOSED]**
                          ORDER TO CONTINUE MATTER
                          Case No.: CR 08-00717 MMC