BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE AMADOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>JOSE AMADOR,<br><br>            Defendant. | Case No. CR 08-00717 MMC<br><br>THIRD STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MATTER |

    Defendant Jose Gustavo Amador, by his counsel Martha Boersch, and the United States Attorney, by its counsel Assistant U.S. Attorney Lloyd A. Farnham, hereby stipulate and agree that the matter be continued for approximately two months, to January 13, 2016, for further proceedings on the Form 12.  Counsel for the defendant has conferred with United States Probation Officer Octavio Magana, and he has no objection to this stipulation.

    The grounds for this stipulation are as follows:

1. On June 29, 2015, Officer Magana filed a Form 12 alleging that the defendant had violated the terms of his supervised release by consuming alcohol and incurring an arrest for driving under

the influence of alcohol, and for failing to promptly notify Officer Magana that he had moved out of the residence he shared with his girlfriend after a fight.

2. Mr. Amador appeared before the duty Magistrate on July 7 and July 9 and the matter was scheduled before this Court on Wednesday, July 15.  The parties then stipulated to extend the matter to September 2, 2015 and again to November 4, 2015 before this Court to allow Officer Magana time to monitor Mr. Amador's progress.

3. Mr. Amador continues to comply with the conditions of his release.  The parties are in agreement that the defendant shall continue under the supervision of Office Magana for an additional period of 70 days to ensure that Mr. Amador has a stable residence, and to allow Mr. Amador to continue physical therapy on an injury that has temporarily prevented him from returning to work.

Dated:  November 3, 2015

BOERSCH SHAPIRO LLP

 /s/Martha Boersch
Martha Boersch
Attorney for Jose Amador


 /s/Lloyd A. Farnham
Lloyd Farnham
Assistant U.S. Attorney

**[PROPOSED ORDER]**

Based on the stipulation between the parties in this case, IT IS ORDERED that the matter be continued until January 13, 2016, for further proceedings on the Form 12.

IT IS SO ORDERED:

Dated:  November 3 , 2015

_____
HONORABLE MAXINE M. CHESNEY
Senior United States District Judge