BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE AMADOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00717 MMC |
| Plaintiff, | |
| v. | FIFTH STIPULATION AND [PROPOSED] ORDER TO CONTINUE MATTER |
| JOSE AMADOR, | |
| Defendant. | |

Defendant Jose Gustavo Amador, by his counsel Martha Boersch, and the United States

Attorney, by its counsel Assistant U.S. Attorney Lloyd A. Farnham, hereby stipulate and agree that

the matter be continued for approximately two weeks, to March 2, 2016 at 2:15 p.m., for further

proceedings on the Form 12.  Counsel for the defendant has conferred with United States Probation

Officer Octavio Magana, and he has no objection to this stipulation.

 The grounds for this stipulation are as follows:

1. On June 29, 2015, Officer Magana filed a Form 12 alleging that the defendant had violated the

 terms of his supervised release by consuming alcohol and incurring an arrest for driving under

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MATTER
Case No.: CR 08-00717 MMC

the influence of alcohol, and for failing to promptly notify Officer Magana that he had moved out of the residence he shared with his girlfriend after a fight.

2. Mr. Amador appeared before the duty Magistrate on July 7 and July 9 and the matter was scheduled before this Court on Wednesday, July 15.  The parties then stipulated to extend the matter to September 2, 2015 and again to November 4, 2015 and again to January 13, 2016 and again to February 17, 2016 before this Court to allow Officer Magana time to monitor Mr. Amador's progress.

3. Mr. Amador continues to comply with the conditions of his release.  The parties are in agreement that the defendant shall continue under the supervision of Office Magana during the period of this continuance.

4. The parties are drafting a stipulation to resolve the Form 12 violation, as well as to detail the affirmative steps Mr. Amador has taken to comply with all conditions imposed as a result of the violation.  The parties anticipate filing such stipulation before March 2, 2016.

Dated:  February 16, 2016

BOERSCH SHAPIRO LLP

_/s/Martha Boersch_____
Martha Boersch
Attorney for Jose Amador

_/s/Lloyd A. Farnham_____
Lloyd Farnham
Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MATTER
Case No.: CR 08-00717 MMC

1

**[PROPOSED ORDER]**

2      Based on the stipulation between the parties in this case, IT IS ORDERED that the matter be

3 continued until March 2, 2016 at 2:15 p.m., for further proceedings on the Form 12.

4

5 IT IS SO ORDERED:

6 Dated:  February 16, 2016                                       _____

7                                                             HONORABLE MAXINE M. CHESNEY
                                                             Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28