BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE AMADOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSE AMADOR,<br><br>Defendant. | Case No. CR 08-00717 MMC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PENDING SUPERVISED RELEASE VIOLATION PROCEEDINGS |

Defendant Jose Gustavo Amador, by his counsel Martha Boersch, and the United States Attorney, by its counsel Assistant U.S. Attorney Lloyd A. Farnham, hereby stipulate and agree that the March 2, 2016 hearing on the Form 12 violations should be taken off calendar and that no further action on the Form 12 is necessary at this time. For the reasons stated below, the parties request that the Court take judicial notice of the allegations contained in the pending Form 12 Petition. Counsel for the defendant has conferred with United States Probation Officer Octavio Magana, and he agrees that judicial notice is appropriate and that no further proceedings are necessary at this time.

The grounds for this stipulation are as follows:

1. On June 29, 2015, Officer Magana filed a Form 12 (Dkt. No 57) alleging that the defendant had violated the terms of his supervised release by consuming alcohol and incurring an arrest for driving under the influence of alcohol, and for failing to promptly notify Officer Magana that he had moved out of the residence he shared with his girlfriend after a fight.

2. Since the filing of the Form 12, Mr. Amador has complied with the conditions of his release and Mr. Amador's California State driving under the influence charge has been resolved.

3. The parties stipulate that the Court should take judicial notice of the violations identified in the Form 12, Dkt. No. 57.

4. The parties stipulate to take the March 2, 2016 hearing on the Form 12 violations off calendar and agree that no further action relating to the Form 12 violations is necessary at this time.

Dated:  February 26, 2016

BOERSCH SHAPIRO LLP

 /s/Martha Boersch
Martha Boersch
Attorney for Jose Amador


 /s/Lloyd A. Farnham
Lloyd Farnham
Assistant U.S. Attorney

2   STIPULATION AND [PROPOSED] ORDER
REGARDING PENDING SUPERVISED
RELEASE VIOLATION PROCEEDINGS
Case No.: CR 08-00717 MMC

**[PROPOSED ORDER]**

Based on the stipulation between the parties in this case, IT IS ORDERED that the March 2, 2016 hearing on the Form 12 violations be taken off calendar and no further action on the Form 12 is necessary at this time.

The Court hereby takes judicial notice of the allegations in the pending Form 12, filed in this matter on June 29, 2015. The defendant will remain on supervised release under the conditions previously imposed.

IT IS SO ORDERED:

Dated: February 26, 2016

_____
HONORABLE MAXINE M. CHESNEY
Senior United States District Judge