BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE AMADOR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-cr-00717 MMC |
| Plaintiff, | MOTION ON SHORTENED TIME AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | |
| JOSE AMADOR, | |
| Defendant. | |

1    Defendant Jose Gustavo Amador, by his counsel Martha Boersch hereby moves to continue

2  the revocation hearing on the grounds that counsel has been in trial before Judge Hamilton since May

3  15 and will be in trial through at least June 2, 2017.  Assistant U.S. Attorney Lloyd A. Farnham has

4  no objection to a continuance; however, the Probation Office does not agree.  Because counsel for

5  defendant has not had time to review the matter and cannot appear on May 31, 2017, counsel

6  respectfully requests a continuance of the revocation hearing to June 28, 2017, at 2:15 p.m.

7        The grounds for the request are set forth in the Declaration of Martha Boersch, filed herewith.

8

9   Dated:  May 28, 2017

                                        BOERSCH SHAPIRO LLP

10

                                         _/s/Martha Boersch_____

11                                        Martha Boersch
                                        Attorney for Jose Amador

12

13

14

15                          **[PROPOSED ORDER]**
                 and updated information as to defense counsel's trial schedule,
16        Based on the record herein, IT IS ORDERED that the matter be continued until June 28,
    June 7, 2017,
17   2017, for the revocation of supervised release hearing.
        ^

18

19  IT IS SO ORDERED:

20  Dated:  May 30, 2017

21                                        HONORABLE MAXINE M. CHESNEY
                                         Senior United States District Judge

22

23

24

25

26

27

28                              1        MOTION ON SHORTENED TIME AND
                                      [PROPOSED] ORDER TO CONTINUE
                                                HEARING
                                        Case No.: 08-cr-00717-MMC